FILED
SEP 1 1 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: |
| STAN LEE STANBACK, | ) ) **4:13CR368 JAR/NAB** |
| Defendant. | ) ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to this indictment:

1. Defendant **STAN LEE STANBACK** was a police officer with the Velda City, Missouri Police Department.

2. A.S., J.T., and D.H. were residents of Velda City, Missouri. A.S. and J.T. were juveniles, and D.H. was an adult.

3. Paragraphs 1 and 2 are hereby incorporated by reference into the counts set forth below.

### COUNT I

[18 U.S.C. § 242]

The Grand Jury charges:

On or about September 17, 2008, in Velda City, St. Louis County, in the Eastern District of Missouri, defendant,

**STAN LEE STANBACK,**

while acting under color of law, repeatedly struck A.S. with a police baton, willfully depriving A.S. of the right, protected and secured by the United States Constitution, not to be subjected to unreasonable force by a law enforcement officer. This offense resulted in bodily injury to A.S. and included the use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 242.

## COUNT II

## [18 U.S.C. § 242]

The Grand Jury further charges:

On or about September 17, 2008, in Velda City, St. Louis County, in the Eastern District of Missouri, defendant,

**STAN LEE STANBACK,**

while acting under color of law, punched D.H. and struck D.H. with a police baton, willfully depriving D.H. of the right, protected and secured by the United States Constitution, not to be subjected to unreasonable force by a law enforcement officer. This offense resulted in bodily injury to D.H. and included the use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 242.

## COUNT III

## [18 U.S.C. § 242]

The Grand Jury further charges:

On or about September 17, 2008, in Velda City, St. Louis County, in the Eastern District

of Missouri, defendant,

**STAN LEE STANBACK,**

while acting under color of law, punch and struck J.T., willfully depriving J.T. of the right, protected and secured by the United States Constitution, not to be subjected to unreasonable force by a law enforcement officer. This offense resulted in bodily injury to J.T.

All in violation of Title 18, United States Code, Section 242.

### COUNT IV

### [18 U.S.C. §1001]

The Grand Jury further charges:

On or about May 17, 2013, in the Eastern District of Missouri, defendant,

**STAN LEE STANBACK,**

knowingly and willfully made false, fictitious, and fraudulent statements to a Special Agent of the Federal Bureau of Investigation (FBI) concerning facts material to a matter being investigated by the FBI, an agency of the United States. Specifically, the defendant **STAN LEE STANBACK** stated that on September 17, 2008, he had been surrounded by 15 men in the parking lot of the Velda City Police Department and that he had drawn his gun during the encounter in the parking lot for his own protection. These statements were false because, as defendant **STAN LEE STANBACK** then and there knew, he had not been surrounded by 15 men, but had only been approached by three juveniles and one adult, and defendant **STAN LEE STANBACK** had not drawn his gun at that time.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____
FOREPERSON

APPROVED:

JOCELYN SAMUELS
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
DEPARTMENT OF JUSTICE

BY:

_____
FARA GOLD
TRIAL ATTORNEY
CRIMINAL SECTION
CIVIL RIGHTS DIVISION
DEPARTMENT OF JUSTICE